In the Matter of THOMAS S. MERRILL et al., Appellants, against FREDERICK R. JAGGER, JR., et al., Constituting the Town Board of Zoning and Appeals of the Town of Southampton, Respondents, and SADIE PENNY, Intervenor-Respondent.— Motion by intervenor-respondent to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

In the Matter of the Probate of the Will of WILLIAM A. MOODY, Deceased. GARDINA M. WHITTINGHAM et al., Appellants; ELIZABETH MOODY, as Executrix of WILLIAM A. MOODY, Deceased, Respondent.— The issues as to whether the order was duly served and the date of service are referred to Honorable JAMES T. HALLINAN, Official Referee, for hearing and report, together with his recommendation. The motion to compel acceptance of the notice of appeal will be held in abeyance pending receipt of the report. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

In the Matter of the Final Accounting of LESTER PAWPAW, as Committee of the Person and Property of HARRY PAWPAW, an Incompetent Person. HARRY J. PAWPAW, Former Incompetent, Appellant; WILLIAM J. GLINNEN, as Attorney for Committee, Respondent.— Motion referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion to amend order entered April 11, 1960 denied, without costs. Nolan, P. J., Beldock, Ughetta and Brennan, JJ., concur; Kleinfeld, J., not voting.

LEONARD KELLER et al., Individually and as Copartners of AMSTERDAM SLAT CO., Respondents, v. FIDELITY & CASUALTY COMPANY OF NEW YORK, Appellant.— Motion for reargument of motion for leave to appeal to the Court of Appeals or for reargument of the appeal, referred to the court that rendered the decision of May 2, 1960. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur. Motion denied, with $10 costs. Nolan, P. J., Beldock, Ughetta and Christ, JJ., concur; Kleinfeld, J., not voting.

KNOCKLONG CORP., Appellant, v. LONG ISLAND STATE PARK COMMISSION et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

HAROLD N. LEITMAN et al., Appellants, v. CITY OF YONKERS et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

VINCENT D. O'CONNOR, Respondent, v. LIZA BLACKTOP CORP. et al., Appellants.— Motion for a stay granted on condition that appellants be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.